UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBVIE INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA U.S.A., INC., *et al.*, <br><br> Defendants. | Civ. Nos. 24-4403 (ZNQ)(JBD) <br> (Lead Coordinated Action) <br><br> This document relates to the following cases: <br> 24-4403 (ZNQ)(JBD) <br> 24-4603 (ZNQ)(JBD) <br> 24-4662 (ZNQ)(JBD) <br> 24-4852 (ZNQ)(JBD) <br><br> **PRETRIAL SCHEDULING ORDER** |

This matter having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16 on October 28, 2024; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

IT IS on this 13th day of November, 2024,

**ORDERED** that the Court ADOPTS the parties' joint proposed pretrial schedule, which shall be as follows:

| Event | Date |
|---|---|
| Plaintiffs' Disclosure of Asserted Claims | November 15, 2024 |
| Parties' Submission of Proposed Stipulated Discovery Confidentiality Order and HIPAA Qualified Protective Order | November 20, 2024 |
| FRCP Rule 26(a) Initial Disclosures | November 20, 2024 |

| Event | Date |
| --- | --- |
| Defendants' Service of Invalidity Contentions, Non-Infringement Contentions, and Related Document Production | January 15, 2025 |
| Plaintiffs' Service of Infringement Contentions and Related Document Production; Responses to Defendants' Invalidity Contentions | April 18, 2025 |
| Exchange of Proposed Terms for Construction | May 2, 2025 |
| Exchange of Preliminary Claim Constructions and Supporting Intrinsic and Extrinsic Evidence | May 23, 2025 |
| Identification of Opposing Intrinsic and Extrinsic Evidence | April 6, 2025 |
| Joint Claim Construction and Prehearing Statement | June 23, 2025 |
| Completion of Claim Construction Discovery | July 23, 2025 |
| Opening *Markman* Submissions | August 7, 2025 |
| Close of Claim Construction Expert Discovery | September 8, 2025 |
| Substantial Completion of Document Production | September 30, 2025 |
| Responsive *Markman* Submissions | October 6, 2025 |
| Deadline for Parties to Move to Add Parties or Amend the Pleadings | October 13, 2025 |
| Claim Construction Hearing | October 20, 2025 |

| Event | Date |
|---|---|
| Disclosure of Reliance on Advice of Counsel | Thirty (30) days after entry of Court's *Markman* order |
| Close of Fact Discovery | December 12, 2025 |
| Opening Expert Reports | March 13, 2026 |
| Rebuttal Expert Reports | May 12, 2026 |
| Reply Reports | June 26, 2026 |
| Completion of Expert Discovery | August 28, 2026 |
| Opening *Daubert* Briefs | September 28, 2026 |
| Opposition *Daubert* Briefs | October 28, 2026 |
| Reply *Daubert* Briefs | November 18, 2026 |
| Joint Final Pretrial Order | TBD |
| Pretrial Conference | TBD |
| Bench Trial | January 25, 2027 |

**IT IS FURTHER ORDERED** that the Court ADOPTS the parties' proposed limits with respect to interrogatories, requests for admission, and depositions as set forth in paragraphs 9(c)(4) through (c)(6) of the Joint Discovery Plan [Dkt. 37]; and it is further

**ORDERED** that the Court will hold a telephone status conference on **February 5, 2025** at **2:00 p.m.** No later than **January 31, 2025**, the parties shall file a joint status letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.

The Court will circulate dial-in information in advance of the conference to all parties; and it is further

**ORDERED** that counsel shall confer in good faith in an attempt to resolve any discovery or case management disputes before raising them with the Court. Any such dispute shall be brought to the Court's attention pursuant to paragraph 5 of the Court's Civil Case Management Order, available at (https://www.njd.uscourts.gov/content/j-brendan-day).  **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with this Order or any subsequent order of the Court, may result in the imposition of sanctions.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE