COZEN O'CONNOR

August 20, 2026

**Kaan Ekiner**
Direct Phone 302-295-2046
Direct Fax 302-250-4356
kekiner@cozen.com

**VIA ECF**

The Honorable J. Brendan Day, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *AbbVie Inc. et al. v. Aurobindo Pharma U.S.A., Inc. et al.***
**Civil Action No. 24-4403 (JCG)(JBD) (coordinated with Civil Action Nos. 24-4603 and 24-4852)**

Dear Judge Day:

This firm represents Defendants Aurobindo Pharma U.S.A., Inc., Aurobindo Pharma Limited, and Apitoria Pharma Private Limited (collectively, "Aurobindo"), and together with Saiber, represents Defendants Hetero USA, Inc., Hetero Labs Limited Unit-III, and Hetero Labs Ltd. (collectively, "Hetero") in the above-captioned matter. We write together with Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (collectively, "Zydus", and together with Aurobindo and Hetero, "Defendants") to respectfully request a one-week extension of expert discovery deadlines as set forth in the below table. Plaintiffs AbbVie Inc., Allergan Pharmaceuticals International Limited, and Merck Sharp & Dohme LLC do not object to this request.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports | August 25, 2026 | September 1, 2026 |
| Reply Expert Reports | October 8, 2026 | October 15, 2026 |
| Completion of Expert Discovery | December 8, 2026 | December 8, 2026 (unchanged) |

If the relief requested herein meets with the Court's approval, Defendants respectfully request that Your Honor execute the "So Ordered" provision below and have this letter order entered on the docket.

We thank the Court for its attention to this matter and are available at Your Honor's convenience to address any questions or concerns.

Respectfully submitted,

COZEN O'CONNOR

*s/ Kaan Ekiner*

By: Kaan Ekiner

Cc: All Counsel of Record (via ECF)

**SO ORDERED** on this ____ day of August, 2026.

______________________________________
The Honorable J. Brendan Day, U.S.M.J.